UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ENERGY TRANSFER LP and its subsidiary and employing entity LA GRANGE ACQUISITION, L.P.,<br><br>Plaintiff,<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>Defendants. | Case No. 3:24-cv-00198-JVB |

## NOTICE OF APPEAL

Notice is hereby given that all defendants to this action appeal to the United States Court of Appeals for the Fifth Circuit the Memorandum Opinion and Order issued in this case by the United States District Court for the Southern District of Texas on July 29, 2024 (Docket No. 49).

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and*
*Special Litigation Branch*

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*

MICHAEL DALE
*Attorney*

s/ *Tyler J. Wiese*
TYLER J. WIESE
*Senior Trial Attorney*
MN Bar No. 0392601 – *pro hac vice*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (952) 703-2891
Email: tyler.wiese@nlrb.gov

Dated this 16th day of August, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

s/ *Tyler J. Wiese*
TYLER J. WIESE
*Senior Trial Attorney*
MN Bar No. 0392601 – *pro hac vice*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (952) 703-2891
Email: tyler.wiese@nlrb.gov