United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ENERGY TRANSFER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-198 |
| NATIONAL LABOR RELATIONS BOARD, *et al.*, | § § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the defendants' unopposed motion to stay proceedings pending appeal. Dkt. 53. The motion is granted.

All deadlines and proceedings are stayed pending the appeal of this court's order on preliminary injunction. Dkt. 49. The parties are ordered to submit a joint status report proposing future proceedings in this matter 21 days after appellate proceedings conclude.

Signed on Galveston Island this 26th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE