UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ENERGY TRANSFER LP and its subsidiary and employing entity LA GRANGE ACQUISITION, L.P., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No. 3:24-cv-00198-JVB |

**DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO FILE JOINT STATUS REPORT IN LIGHT OF THE UNITED STATES GOVERNMENT SHUTDOWN**

Defendants National Labor Relations Board, *et al*. (collectively, NLRB), through the undersigned counsel, respectfully move this Court to extend the deadline for the parties' Joint Status Report until 30 days after the end of the funding lapse that has

caused the shutdown of the United States Government. In support of this motion, the NLRB states as follows:

1. On August 23, 2024, the NLRB moved this Court to stay all proceedings in this Court and to indefinitely postpone any deadlines pending decision of the United States Court of Appeals for the Fifth Circuit on the NLRB's appeal from this Court's grant of a preliminary injunction. [ECF No. 53].

2. On August 26, 2024, this Court granted that motion and stayed all deadlines and proceedings pending the appeal. It also ordered the parties to submit a joint status report proposing future proceedings in this matter 21 days after the conclusion of appellate proceedings. [ECF No. 54].

3. On August 19, 2025, the United States Court of Appeals for the Fifth Circuit issued its opinion in *Space Exploration Technologies Corp. v. NLRB*, No. 24-50627, 2025 WL 2396748 (5th Cir. Aug. 19, 2025), in which it affirmed this Court's issuance of a preliminary injunction against an ongoing unfair-labor-practice proceeding involving Plaintiff.

4. On October 1, 2025, the United States Government shut down, due to an appropriations lapse.

5. On October 10, mandate issued in *SpaceX*. Thus, the parties' Joint Status Report became due on October 31, 2025.

6. The NLRB attorneys responsible for the case, along with essentially all the Board's attorneys and other employees, are currently furloughed indefinitely, as part of the shutdown of the United States Government due to a lack of appropriated funds. Those

attorneys are prohibited from working until they are recalled from furlough. *See* 31 U.S.C. § 1342.

7. If this Motion for a Stay is granted, undersigned counsel will notify the Court as soon as possible when the United States Government has appropriated funds for the NLRB.

8. On October 16, counsel for the NLRB solicited the position of Plaintiff's counsel on this motion. Energy Transfer does not oppose the requested stay.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and
Special Litigation Branch*

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*

s/ Michael Dale
MICHAEL S. DALE
*Supervisory Attorney*
DC Bar No. 1658811 – *pro hac vice*
Tel: (202) 273-0008
Email: michael.dale@nlrb.gov
*Signed with permission of the Attorney-in-charge*

s/ Dalford Dean Owens, Jr.
DALFORD DEAN OWENS, JR.
*Supervisory Attorney*
S.D. Tex. ID No. 1132540
State Bar No. 24060907
Tel: (202) 273-2934
Email: dean.owens@nlrb.gov
*Attorney-in-charge for Defendants*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20570

Dated: October 16, 2025                                    Facsimile: (202) 273-4244