United States District Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| ENERGY TRANSFER, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | 3:24-cv-198 |
| § | |
| NATIONAL LABOR RELATIONS § | |
| BOARD, *et al.*, § § | |
| Defendants. § | |

## **ORDER**

On October 16, 2025, the parties filed an unopposed motion to stay deadline to file joint status report in light of the government shutdown. Dkt. 62. The court granted the motion and stayed the parties' deadline until 30 days after the end of the funding lapse. Dkt 63.

On November 17, 2025, the court received the defendants' notice that the funding lapse had ended. Dkt. 64. Accordingly, the parties' joint status report is due on **Wednesday, December 17, 2025.**

Signed on Galveston Island this 17th day of November, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE